```
                                            FILED
                                       2006 OCT 13  AM 10:48
                                    CLERK US DISTRICT COURT
                                  SOUTHERN DISTRICT OF CALIFORNIA

                                  BY_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Roger T. Benitez)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 05CR1751-BEN |
| Plaintiff, ) | ORDER CONTINUING SENTENCING HEARING |
| vs. ) | |
| KARL JAMES, ) | |
| Defendant. ) | |

STIPULATION HAVING BEEN ENTERED BY ALL PARTIES, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the Sentencing Hearing date in the above-entitled matter be continued from the presently scheduled date of October 16, 2007, to January 8, 2007, at 9:00 a.m.

**IT IS SO ORDERED:**

Dated: 10/1/06

HON. ROGER T. BENITEZ
United States District Court Judge